IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY TIES, and <br> LORETTA A. TIES, <br> <br> Plaintiffs, <br> <br> v. <br> <br> ALAN BRIAN STRAIN, d/b/a STRAIN ENTERPRISES, <br> <br> Defendant. | 4:09CV3172 <br> <br> MEMORANDUM AND ORDER |

Plaintiffs' counsel has moved to withdraw due to a conflict of interest.  Filing No. 40.

Accordingly,

IT IS ORDERED:

1)  The motion to withdraw filed by plaintiffs' counsel, Jeffery H. Jacobsen, (filing no. 40), is granted.

2)  On or before November 22, 2010, the plaintiffs, or each of them, shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement notifying the court of their intent to litigate this case without counsel.  Failure to comply with this order may result in dismissal of the non-complying party's claims for want of prosecution.

3)  Counsel Jeffery H. Jacobsen shall promptly provide a copy of this memorandum and order to the plaintiffs, and shall file a certificate of service (which includes the plaintiffs' addresses along with the date and method of service) stating he has done so.

DATED this 28th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge